UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO FERRARO, a resident of North Carolina<br>        Plaintiff,<br><br>v.<br><br>TRACY DENISE RODGERS, a resident of Washington, HILLARY HALL, a resident of Washington, ROBERT MCCAULEY, a resident of Washington, and FARMASI US, LLC, a Florida Corporation,<br>        Defendants | **JUDGMENT**<br><br>No. 7:24-CV-833-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motions to dismiss and pro se motions of plaintiff for leave to amend, strike and seal.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 2, 2025, and for the reasons set forth more specifically therein, it is ordered that defendants' motions to dismiss are GRANTED. Plaintiff's motions are denied.

**This Judgment Filed and Entered on May 2, 2025, and Copies To:**
Antonio Ferraro (via US mail) 820 Fox Ridge Lane, Wilmington, NC 28405
Isabelle Chammas / Michael J. Parrish (via CM/ECF Notice of Electronic Filing)
Christopher Jones / Morgan Hartgrove / Zachary Nathaniel Bernstein (via CM/ECF Notice of Electronic Filing)

May 2, 2025                      PETER A. MOORE, JR., CLERK

                                          /s/ Sandra K.Collins
                                        (By) Sandra K. Collins, Deputy Clerk